**FILED**
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

AUSA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Oscar OTERO-Flores,  )<br>  )<br>Defendant.  )<br>  ) | Mag. Case No. **'08 MJ 8774**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about August 25, 2008, within the Southern District of California, defendant Oscar OTERO-Flores, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Senior Border Patrol Agent
Oscar Sanchez

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF AUGUST 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA
   v.
Oscar OTERO-Flores

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the investigative reports of Border Patrol Agent P. Cruz that the defendant was found and arrested on or about August 25, 2008, 5 miles west of the Calexico, California, Port of Entry.

At approximately 5:30 a.m., the Remote Video Surveillance operators advised Agent Diaz that six suspected illegal aliens had crossed the United States/Mexico International Boundary, one who was later identified as Oscar OTERO-Flores.

Agent Diaz responded to the area and approached the group. BPA Diaz identified himself as a United States Border Patrol Agent. BPA Diaz determined through a field interview, that OTERO is a citizen and national of Mexico with no immigration documents to be legally in the United States. OTERO and the rest of the group were placed arrested.

Record checks revealed that OTERO has a criminal and immigration record. Record checks also revealed that OTERO was previously removed from the United States by an Immigration Judge on January 7, 2002.

There is no evidence OTERO has sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being deported.